[938 NE2d 996, 912 NYS2d 563]

CORIEY REYNOLDS et al., Appellants, v MILLARD J. KNIBBS et al., Respondents.

Decided October 26, 2010

**APPEARANCES OF COUNSEL**

*Cellino & Barnes, P.C.*, Rochester (*Robert L. Voltz* of counsel), for appellants.

*Bouvier Partnership, LLP*, Buffalo (*Norman E.S. Greene* of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be reversed, with costs, and defendants' motion for summary judgment denied. Plaintiffs raised a triable issue of fact as to whether defendants had constructive notice of the alleged defect in the stairs (*see Gordon v American Museum of Natural History*, 67 NY2d 836, 837 [1986]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, etc.